**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BETH A. THOMPSON
   215 GROVE ST
   KINGSTON, MA 02364-1312

   9590 9403 0935 5223 8656 21

2. Article Number *(Transfer from service label)*

   7014 1200 0001 1070 6189

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Beth M. Thompson      ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
   Beth M. Thompson

   [KINGSTON MA 02364 AUG 16 2016 postmark]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt