UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK R. THOMPSON ET AL
        Plaintiff(s)

v.                             CA ACTION NO. 18-10131-RWZ

JPMORGAN CHASE BANK, N.A.
        Defendant(s)

## JUDGMENT

ZOBEL, D.J.

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**

Judgment is entered dismissing the complaint with prejudice.

ROBERT FARRELL, CLERK

Dated: 5/11/18                              s/ Lisa A. Urso
                                                 ( By ) Deputy Clerk